**UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

PATRICK K. DONNELLY,

*Appellant,*

v.

PROPHARMA GROUP TOPCO, LLC,

*Appellee*.

No. 23-1991

**NOTICE OF FILING OF MOTION UNDER FEDERAL RULES OF CIVIL PROCEDURE 50 AND 59**

PLEASE TAKE NOTICE that on June 8, 2023, Patrick K. Donnelly, pursuant to Federal Rules of Civil Procedure 50 and 59, filed his Renewed Motion for Judgment as a Matter of Law, or Alternatively for a New Trial (D.I. 258).

*[Signature Page Follows]*

**POTTER ANDERSON & CORROON LLP**

OF COUNSEL:

Nicholas D. SanFilippo
McGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
Tysons, VA 22102-4215
(703) 712-5000 – Telephone
(703) 712-5220 – Facsimile
nsanfilippo@mcguirewoods.com

By: */s/ Jesse L. Noa*
Jesse L. Noa (#5973)
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801
(302) 984-6000 – Telephone
(302) 658-1192 – Facsimile
jnoa@potteranderson.com

Dated: June 13, 2023

*Attorneys for Plaintiff Patrick K. Donnelly*