**IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

PATRICK K. DONNELLY,

*Appellant,*

v.

PROPHARMA GROUP TOPCO, LLC,

*Appellee.*

Case No. 23-1991

**APPELLANT'S UNOPPOSED MOTION TO STAY THE BRIEFING
SCHEDULE PENDING RESOLUTION OF APPELLANT'S RENEWED
MOTION FOR JUDGMENT AS A MATTER OF LAW OR NEW TRIAL**

Appellant Patrick K. Donnelly, by and though his undersigned counsel, respectfully moves, under Federal Rule of Appellate Procedure 27, to stay the briefing schedule in this appeal, pending the district court's resolution of Mr. Donnelly's renewed motion for judgment as a matter of law or, alternatively, a new trial.  In support, Mr. Donnelly states the following:

1.    The district court entered final judgment in this matter based on the jury's verdict against Mr. Donnelly on April 27, 2023.  D. Ct. Dkt. 250, 251.

2.    Mr. Donnelly timely filed a notice of appeal on May 30, 2023.  D. Ct. Dkt. 256.

3.  On May 9, 2023, the district court accepted the parties' stipulation extending the time to file a post-trial motion under Federal Rules of Civil Procedure 50(b) and 59 until June 8, 2023.  D. Ct. Dkt. 255.

4.  On June 8, 2023, Mr. Donnelly filed a renewed motion for judgment as a matter of law, or, alternatively, a new trial under Rules 50(b) and 59.  D. Ct. Dkt. 258-59.

5.  On June 13, 2023, Mr. Donnelly notified this Court of the filing of his post-trial motion in the district court.  Doc. 9.

6.  On June 23, 2023, this Court issued a briefing schedule on appeal, setting August 2, 2023, as the deadline for the filing of Mr. Donnelly's Initial Brief on Appeal and the Joint Appendix.  Doc. 22.

7.  The district court has not resolved Mr. Donnelly's post-trial motion.

8.  The resolution of Mr. Donnelly's post-trial motion could eliminate some, or all, of the issues Mr. Donnelly intends to raise in this appeal.

9.  Staying briefing in this Court and deferring consideration of this appeal until the district court resolves Mr. Donnelly's pending post-trial motion would therefore serve the interests of judicial economy, preserve the resources of both parties, and avoid confusion concerning the issues and record on appeal.

10. Counsel for Mr. Donnelly has conferred with counsel for Appellee ProPharma Group Topco, LLC on this motion. ProPharma Group Topco, LLC, does not oppose Mr. Donnelly's request.

Mr. Donnelly thus respectfully requests that the Court stay the briefing schedule in this appeal, pending the district court's resolution of Mr. Donnelly's renewed motion for judgment as a matter of law or, alternatively, a new trial.


Dated:  July 17, 2023                                  Respectfully submitted,

                                                       /s/ Jonathan Y. Ellis
Nicholas D. SanFilippo                                 Jonathan Y. Ellis
MCGUIREWOODS LLP                                       MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800                      501 Fayetteville Street, Suite 500
Tysons, VA 22102                                       Raleigh, NC 27601
T: (703) 712-5378                                      T: (919) 755-6688
F: (703) 712-5220                                      F: (919) 755-6588
nsanfilippo@mcguirewoods.com                           jellis@mcguirewoods.com


*Counsel for Appellant Patrick K. Donnelly*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 374 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

This motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word, in 14-point size Times New Roman font.

*/s/ Jonathan Y. Ellis*
Jonathan Y. Ellis

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2023, I electronically filed the foregoing Motion with the Clerk of this Court using the CM/ECF System, which will send a notification of electronic filing to all counsel of record who are registered CM/ECF users.

_/s/ Jonathan Y. Ellis_
Jonathan Y. Ellis