IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| PATRICK K. DONNELLY,<br><br>*Appellant,*<br><br>v.<br><br>PROPHARMA GROUP TOPCO, LLC,<br><br>*Appellee.* | Case No. 23-1991<br>(1:21-cv-00894-MAK) |

**APPELLANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF AND JOINT APPENDIX**

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Third Circuit L.A.R. 31.4, Appellant Patrick K. Donnelly, through counsel, respectfully requests an extension of time to file his opening brief and joint appendix, which is currently due August 2, 2023, under this Court's briefing notice.

In support of this motion, Mr. Donnelly states the following:

1. On April 27, 2023, after a five-day trial, a jury rendered a verdict against Mr. Donnelly, and the district court entered judgment the same day.

2. On May 30, 2023, Mr. Donnelly filed his timely notice of appeal from that final judgment.

3. On June 8, 2023, Mr. Donnelly filed post-judgment motions for relief under Fed. R. Civ. P. 50(b) and 59.

1

4. On June 23, 2023, this Court issued a briefing notice. The notice provides that Mr. Donnelly's opening brief and joint appendix is due on August 2, 2023.

5. Mr. Donnelly's post-judgment motions are fully briefed but remain pending before the district court.

6. On July 17, 2023, Mr. Donnelly filed an unopposed motion in this Court to stay this Court's briefing schedule until the district court has resolved Mr. Donnelly's post-trial motions. That motion to stay the briefing on appeal remains pending before this Court, and the opening brief and joint appendix are due eight days from the filing of this motion.

7. Good cause exists for a brief extension of time for the filing of the opening brief and joint appendix to permit the Court to resolve Mr. Donnelly's pending unopposed motion to stay the briefing on appeal. As explained in that motion, deferring consideration of this appeal until the district court resolves Mr. Donnelly's pending post-trial motions would serve the interests of judicial economy, preserve the resources of both parties, and potentially narrow the issues and record on appeal. The same considerations support a brief extension to permit the Court to resolve that motion.

8. Counsel for Mr. Donnelly has conferred with counsel for ProPharma Group Topco, LLC on this motion. ProPharma Group Topco, LLC, does not oppose Mr. Donnelly's request.

For the foregoing reasons, Mr. Donnelly respectfully moves this Court for a 14-day extension of time for the filing of his opening brief and joint appendix from August 2, 2023 until August 16, 2023.

Dated: July 24, 2023    Respectfully submitted,

/s/ Jonathan Y. Ellis

| | |
|---|---|
| Nicholas D. SanFilippo | Jonathan Y. Ellis |
| MCGUIREWOODS LLP | MCGUIREWOODS LLP |
| 1750 Tysons Boulevard, Suite 1800 | 501 Fayetteville Street, Suite 500 |
| Tysons, VA 22102 | Raleigh, NC 27601 |
| T: (703) 712-5378 | T: (919) 755-6688 |
| F: (703) 712-5220 | F: (919) 755-6588 |
| nsanfilippo@mcguirewoods.com | jellis@mcguirewoods.com |

*Counsel for Appellant Patrick K. Donnelly*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 379 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

This motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word, in 14-point size Times New Roman font.

*/s/ Jonathan Y. Ellis*
Jonathan Y. Ellis

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2023, I electronically filed the foregoing Motion with the Clerk of this Court using the CM/ECF System, which will send a notification of electronic filing to all counsel of record who are registered CM/ECF users.

/s/ *Jonathan Y. Ellis*
Jonathan Y. Ellis